IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| JOHN TOM McCOLLOUGH, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:17-CV-410-WKW |
| | ) | [WO] |
| PERRY G. MYER, *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

On September 5, 2017, the Magistrate Judge filed a Recommendation (Doc. # 8) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 8) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute the action, follow the orders of the court, and state a claim upon which relief may be granted.

A final judgment will be entered separately.

DONE this 17th day of October, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE